IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LISA MENDENALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 5:15-CV-00071 |
| | § | |
| UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Lisa Mendenall and Defendant Unum Life Insurance Company of America, by and through their counsel, announce to the Court that the matters in controversy herein have been settled. In accordance with the release, the parties stipulate as follows:

1. That all claims, demands, debts, or causes of action asserted or assertable herein by and between the parties be DISMISSED WITH PREJUDICE;

2. That all costs be taxed against the party incurring them.

**STIPULATED TO AND APPROVED BY:**

By: /s/ David J. Potter
    David J. Potter
    State Bar No. 16175000

DAVID J. POTTER AND ASSOCIATES
901 N. State Line Avenue
Texarkana, TX 75501
Tel: 903.794.2283
Fax: 903.792.6553

ATTORNEYS FOR PLAINTIFF
LISA MENDENALL


By: /s/ Bill E. Davidoff
    Bill E. Davidoff
    State Bar No. 00790565
    Federal I.D. No. 19513
    bill.davidoff@figdav.com
    Attorney-in-Charge

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL: 214.939.2000
FAX: 214.939.2090

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA

## CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

                            /s/ Bill E. Davidoff
                            Bill E. Davidoff