**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| LISA MENDENALL | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 5:15cv71-JRG-CMC |
| | § | |
| UNUM LIFE INSURANCE COMPANY | § | |
| OF AMERICA | § | |
| | § | |
| *Defendant.* | § | |

### ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Dkt. No. 25). The parties have settled all matters in controversy and request the above case be dismissed with prejudice.  Accordingly, it is

**ORDERED** the Stipulation for Dismissal With Prejudice (Dkt. No. 25) is accepted by the Court. The Court further **ORDERS** this case is **DISMISSED** with prejudice, with each party to bear their own costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

## So Ordered this

**Mar 18, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE